UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY JACKSON,

                Plaintiff,

-against-

N.J. HOPEWELL TOWNSHIP,

                Defendant.

1:23-CV-5240 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On April 23, 2019, Plaintiff was barred from filing any new civil action in this court *in forma pauperis* (IFP) without first obtaining from the court leave to file. *See Jackson v. Office of the Civil Rights Comptroller*, ECF 1:19-CV-1827, 6 (S.D.N.Y. Apr. 23, 2019), *appeal dismissed*, No. 19-1298 (2d Cir. May 20, 2019) (effective June 10, 2019). Plaintiff brings this new action seeking IFP status, but he has not sought leave from the court to file. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the court's April 23, 2019, order in *Jackson*, ECF 1:19-CV-1827, 6.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated:  June 21, 2023
           New York, New York

                          /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                         Chief United States District Judge