UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY JACKSON,

                Plaintiff,

-against-

N.J. HOPEWELL TOWNSHIP,

                Defendants.

23-CV-5240 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 21, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 21, 2023
       New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge